**Order entered April 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01076-CV

### GARY A. ROSE, Appellant

### V.

### MARION ROSE MCBRIDE, Appellee

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB1-0521-2010**

## ORDER

The reporter's record in this case is overdue. By postcards dated September 18, 2014 and January 6, 2015, we notified the court reporter for the Collin County Probate Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response. On March 30, 2015, Court Reporter Kelly Bryant filed a letter informing the Court that the record is past due but payment had not been received and the trial court never declared appellant indigent. Our records show the affidavit was timely filed and nothing in the record shows that a contest was either filed or sustained. Consequently, appellant is entitled to proceed in this Court without advance payment of costs. *See* TEX. R. APP. P. 20.1(a)(2).

Accordingly, we **ORDER** Kelly Bryant to file the reporter's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties, to Court Reporter Kelly Bryant, and to the Honorable Weldon Copeland, Presiding Judge of the Collin County Probate Court.

/s/    CAROLYN WRIGHT
          CHIEF JUSTICE